# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTOR E. SCHMITT, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MESSERLI & KRAMER, P.A.,<br><br>Defendant. | 8:19CV155<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Motion to Dismiss, ECF No. 17, filed by Defendant Messerli & Kramer, P.A., is granted;

2. Plaintiff's cause of action under the Fair Debt Collection Practices Act is dismissed, without prejudice; and

3. Plaintiff's cause of action under the Nebraska Consumer Protection Act is dismissed, without prejudice.

Dated this 15th day of August, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge